Peter TSEVIS, and Peter Enterprises,
Inc., Appellants,

v.

John W. ROURKE, Thomas J. Niemann,
Reinert & Rourke, P.C., Christopher
Tsevis, and CRT Businesses, LLC, Re-
spondents.

No. ED 95389.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 31, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 12, 2011.

Application for Transfer
Denied Aug. 30, 2011.

Edward F. (Ted) Luby, Saint Louis,
MO, for Appellants.

Brent W. Ballwin, M. Brendhan Flynn,
Saint Louis, MO, for Respondents.

Before GLENN A. NORTON, P.J.,
GEORGE W. DRAPER III, J. and KURT
S. ODENWALD, J.

### ORDER

PER CURIAM.

Peter Tsevis and Peter Enterprises, Inc.
appeals the grant of partial summary judg-
ment in favor of John W. Rourke, Thomas
J. Niemann, and Reinert & Rourke, P.C.
(collectively referred to as "Attorneys")
and a judgment entered upon a jury ver-
dict in favor of Attorneys and Christopher
Tsevis and CRT Businesses, LLC (collec-
tively referred to as "Defendants"). We
find that the trial court did not err in
granting partial summary judgment in fa-
vor of Attorneys, and the court did not err
in entering judgment upon the jury verdict
in favor of Defendants.

An extended opinion would have no
precedential value. We have, however,
provided the parties a memorandum set-
ting forth the reasons for our decision.
The judgment of the trial court is affirmed
under Rule 84.16(b).